Donald W. NUTTING, an individual Doing business as Foothills Distributing Co., Plaintiff–Appellee,

v.

RAM SOUTHWEST, INC. doing business as Violets, and Ron Sheppeard, Defendants–Appellants.

No. 03–1343.

United States Court of Appeals, Federal Circuit.

July 9, 2003.

ON MOTION

*ORDER*

Upon consideration of RAM Southwest, Inc. et al.'s unopposed motion to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

AMERICAN STANDARD, INC. and American Standard International, Inc., Plaintiffs–Appellants,

v.

YORK INTERNATIONAL CORPORATION and York International, S.A. DE C.V., Defendants–Cross Appellants.

Nos. 03–1373, 03–1407.

United States Court of Appeals, Federal Circuit.

July 9, 2003.

*ORDER*

UPON CONSIDERATION of the parties' Joint Motion to Dismiss Appeal and Cross–Appeal,

IT IS ORDERED that:

Said Motion is granted, and that this appeal and cross-appeal are hereby dismissed, with each party bearing its own fees and costs on appeal.